**Lamont WILSON, Petitioner— Appellant,**

v.

**G.J. GUIRBINO, Warden, Respondent— Appellee.**

No. 04–55711.

D.C. No. CV–03–00742–RGK.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 11, 2005.

Lamont Wilson, Norco, CA, pro se.

Warren P. Robinson, DAG, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM **

California prisoner Lamont Wilson appeals pro se the district court's judgment denying his 28 U.S.C. § 2254 habeas petition challenging his conviction for forcible rape. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Wilson contends that the trial court judge's comments on the evidence after the jury announced a deadlock violated his right to a fair trial. We conclude that the

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

California Court of Appeal's determination that the trial court did not overstep the bounds of its constitutional privilege was neither contrary to, nor an unreasonable application of, clearly established federal law, as determined by the Supreme Court of the United States. *See* 28 U.S.C. § 2254(d)(1); *cf. Quercia v. United States,* 289 U.S. 466, 469–470, 53 S.Ct. 698, 77 L.Ed. 1321 (1933).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.